IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUHAMMAD LEACH, | No. 4:20-CV-01429 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| KATHLEEN BISCOE, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 14th day of February 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 25) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED** as to Plaintiff Muhammad Leach's First Amendment retaliation claim.

2. The Clerk of Court shall enter judgment in favor of Defendants and against Leach on Leach's First Amendment retaliation claim under 42 U.S.C. § 1983.

3. Leach's Fourteenth Amendment procedural due process claim is **DISMISSED with prejudice** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

4. The Clerk of Court is further directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge